UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30007 |
|---|---|
| MICHAEL T. MILLER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 3 | HFC<br>ATTN PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG, IL  60173 | 619.02 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service        06-30007

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

MICHAEL T. MILLER
7400 CEDAR KNOLLS DRIVE
DAYTON, OH 42424

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH 45414

(15.1n)
AMERICREDIT
% ALICE WHITTEN
BOX 183853
ARLINGTON, TX 76096

(3.1)
HFC
ATTN PAYMENT PROCESSING
1301 E TOWER RD
SCHAUMBURG, IL 60173

(3.3)
HOUSEHOLD REALTY CORP
961 WEIGEL DRIVE
BOX 8606
ELMHURST, IL 60126

(1014.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA 23541

(14.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA 95696

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner              sv